UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONEY JEAN PATINOL,

    Plaintiff,

v.

CASE NO._____

OLIVIER INVESTMENTS LLC
d/b/a PANDOREE CAFE, a
Florida Limited Liability Company,
OLIVIER BELHADIA, individually,
and ABDEL KADER BELHADIA,
individually,

    Defendant.
_____/

## **NOTICE OF REMOVAL**

    Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants, Olivier Investments LLC d/b/a Pandoree Cafe, Olivier Belhadia, and Abdel Kader Belhadia ("Defendants"), removes the above-captioned action from the Circuit Court of Miami-Dade County, Florida (the "State Court") to the Miami Division of the United States District Court for the Southern District of Florida, and alleges as follows:

### **The State Court Action**

    1.    On or around April 30, 2019, Plaintiff, Honey Jean Patindol, commenced this action against Defendants, which is captioned *Honey Jean Patindol v. Olivier Investments LLC d/b/a Pandoree Cafe, a Florida Limited Liability Company, Olivier Belhadia, individually, and Abdel Kader Belhadia*, Case No. 2019-013007-CA-01, in the Eleventh Judicial Circuit Court in and for Miami Dade County, Florida. (Defendants attach a copy of the Complaint as **Exhibit A**.)

1

## This Court has Subject Matter Jurisdiction over this Matter

2.On May 13, 2019, Defendant, Olivier Belhadia, received a copy of the Complaint, which is the initial pleading setting forth the claim for relief upon which this action is based.

3.This action is a civil suit in which Plaintiff asserts a claim under the Fair Labor Standards Acts, a Federal law.

4.Pursuant to 28 USC § 131(a)(1), "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States.

## Removal Jurisdiction

5.This action is properly removed pursuant to 28 USC §§ 1441 and 1446.

6.Pursuant to § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

7.Plaintiff filed this action in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. The Miami Division of the District Court of the Southern District of Florida is the judicial district embracing Miami-Dade County, the place where the State Action was brought, and, therefore, is the proper district court to which this case should be removed. *See* 28 USC §§ 1441(a), 1446(a).

8.Pursuant to § 1446(a), Defendants are simultaneously filing with this Notice of Removal copies of "all process, pleadings, and orders served" on Defendants in this action, which is only the Complaint. (Ex. A.)

9. Pursuant to § 1446(b)(1), Defendants have filed this Notice of Removal within 30 days of receiving the Complaint in this matter. Defendants received the Complaint on May 13, 2019, and Defendants filed this Notice of Removal eleven (11) days later, on May 24, 2019.

10. Pursuant to § 1446(d), on May 24, 2019, a Notice of Filing of Notice of Removal was served on Plaintiff and will be filed with the State Court's Clerk's Office simultaneously (**Exhibit B**).

11. In filing this Notice of Removal, Defendants deny that Plaintiff has stated a claim for which relief may be granted and denies that Plaintiff has been damaged in any manner. Defendants do not waive, and specifically reserve, any and all objections as to service, personal jurisdiction, venue, defenses, exceptions, rights, and motions.

WHEREFORE, Defendants, Olivier Investments LLC d/b/a Pandoree Cafe, Olivier Belhadia, and Abdel Kader Belhadia, respectfully request that the above-captioned action pending against it in the Circuit Court of Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, be removed to the Miami Division of the United States District Court for the Southern District of Florida.

Respectfully submitted,

DAMIAN & VALORI LLP
*Counsel for Defendants*
1000 Brickell Avenue, Suite 1020
Miami, Florida  33131
Telephone:  (305) 371-3960
Facsimile:  (305) 371-3965

By:  */s/Melanie E. Damian*
    Melanie Damian
    Florida Bar No. 99392
    Email: mdamian@dvllp.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF on this 24th day of May, 2019, to:

Jason S. Remer, Esq.
Email:  jremer@rgpattorneys.com
Miriam Brooks, Esq.
Email:  mbrooks@rgpattorneys.com
Manuel a. Antommattei, Esq.
Email:  maa@rgpattorneys.com
REMER & GEORGES-PIERRE, PLLC
*Counsel for Plaintiff, Honey Jean Patindol*
44 West Flagler Street, Suite 2200
Miami, Florida  33130

                                               *s/Melanie E. Damian*
                                               Melanie E. Damian