UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONEY JEAN PATINDOL,

    Plaintiff,

v.

CASE NO. 1:19-cv-22127

OLIVIER INVESTMENTS LLC
d/b/a PANDOREE CAFE, a
Florida Limited Liability Company,
OLIVIER BELHADIA, individually,
and ABDEL KADER BELHADIA,
individually,

    Defendant.
_____/

## ANSWER AND AFFIRMATIVE DEFENSES

Defendants, Olivier Investments LLC d/b/a Pandoree Cafe, Oliver Belhadia & Abdel Kader Belhadia ("Defendants"), hereby file this Answer and Affirmative Defenses in response to Plaintiff, Honey Jean Patindol ("Plaintiff"), First Amended Complaint [ECF 18] and state as follows:

## GENERAL ALLEGATIONS

1. As to the allegations in paragraph 1 of Plaintiff's First Amended Complaint, Defendants admit that Plaintiff purported to state a cause of action under the FLSA and FCRA but deny that Plaintiff has stated a cause of action, nor could.

2. Admitted.

3. Denied.

4. Admitted.

5. Admitted.

6. Denied.

7. Admitted.

8. Denied.

9. Denied.

10. Denied.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

11. Denied. Plaintiff was employed between June 5, 2018 and July 2, 2018.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

## COUNT I
*Violation of FLSA / Minimum Wage Against*
*OLIVIER INVESTMENTS d/b/a PANDOREE CAFE*

16. The preceding paragraphs are incorporated by reference.

17. Denied.

18. Admitted.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

In response to the WHEREFORE clause A-E, after paragraph 22 of Plaintiff's First Amended Complaint, Defendants deny all allegations contained therein and demand strict proof thereof.

## COUNT II
### *Wage & Hour Federal Statutory Violation Against*
### *OLIVIER BELHADIA*

23. The preceding paragraphs are incorporated by reference.

24. Denied.

25. Admitted.

26. Admitted.

27. Denied.

28. Denied.

In response to the WHEREFORE clause A-G, after paragraph 28 of Plaintiff's First Amended Complaint, Defendants deny all allegations contained therein and demand strict proof thereof.

## COUNT III
### *Wage & Hour Federal Statutory Violation Against*
### *ABDEL KADER BELHADIA*

29. The preceding paragraphs are incorporated by reference.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

In response to the WHEREFORE clause H-N, after paragraph 34 of Plaintiff's First Amended Complaint, Defendants deny all allegations contained therein and demand strict proof thereof.

In response to the JURY DEMAND, the Defendants deny that Plaintiff is entitled to a trial by jury.

Defendants deny all remaining allegations contained in the First Amended Complaint not otherwise specifically responded to hereinabove.

## AFFIRMATIVE DEFENSES

In addition to the specific responses to the numbered paragraphs in the Amended Complaint, Defendants assert, the following affirmative defenses:

1. The First Amended Complaint fails to state a claim upon which relief may be granted because the Defendants do not meet the jurisdiction amount of annual sales to qualify for enterprise coverage under the FLSA.

2. Defendants invoke the defenses, protections and limitations of the Fair Labor Standards Act, 29 U.S.C. §201 et seq. ("FLSA").

3. At all times, Defendants acted in good faith.

Respectfully submitted,

DAMIAN & VALORI LLP
*Counsel for Defendants*
1000 Brickell Avenue, Suite 1020
Miami, Florida  33131
Telephone:  (305) 371-3960
Facsimile:  (305) 371-3965

By:  */s/Melanie E. Damian*
　　　Melanie Damian
　　　Florida Bar No. 99392
　　　Email: mdamian@dvllp.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF on this 17th day of July, 2019, to:

Jason S. Remer, Esq.
Email:  jremer@rgpattorneys.com
Miriam Brooks, Esq.
Email:  mbrooks@rgpattorneys.com
Manuel a. Antommattei, Esq.
Email:  maa@rgpattorneys.com
REMER & GEORGES-PIERRE, PLLC
*Counsel for Plaintiff, Honey Jean Patindol*
44 West Flagler Street, Suite 2200
Miami, Florida  33130

*s/Melanie E. Damian*
Melanie E. Damian